```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :   INFORMATION
                                 :
          - v. -                 :   20 Cr.
                                 :
VETTHYA ALCIUS,                  :
                                 :
               Defendant.        :
                                 :
                                 :
- - - - - - - - - - - - - - - - X
```

### COUNT ONE
**(Assaulting and Resisting a Deputy United States Marahsal)**

The United States Attorney charges:

On or about October 13, 2020, in the Southern District of New York and elsewhere, VETTHYA ALCIUS, the defendant, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while such person was engaged in and on account of the performance of official duties, to wit ALCIUS forcibly assaulted by biting, and, in doing so, made physical contact with, a Deputy United States Marshal in Manhattan.

(Title 18, United States Code, Section 111(a)(1).)

*Audrey Strauss*
_____
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**VETTHYA ALCIUS,**

Defendant.

---

<u>**INFORMATION**</u>

20 Cr.

(18 U.S.C. § 111(a)(1).)

AUDREY STRAUSS
Acting United States Attorney

---