USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X

UNITED STATES OF AMERICA

    - v. -

VETTHYA ALCIUS,

    Defendant.
---------------------------------- X

**ORDER**

20 Cr. 640 (KMW)

### ORDER ACCEPTING PLEA ALLOCUTION
### BEFORE A UNITED STATES MAGISTRATE JUDGE

KIMBA M. WOOD, District Judge:

On January 5, 2021, United States Magistrate Judge Kevin Nathaniel Fox presided over the plea allocution in the above captioned matter and reported and recommended that the named defendant's plea of guilty be accepted. The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges the defendant guilty of the offense to which the guilty plea was offered. The Clerk is directed to enter the plea.

Dated: New York, New York
      May 13, 2021

                                                 KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE